```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date:06/30/16

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Yvonne Davion

Other: Carolee Azzarello, USPO            2:15-cr-300-01


TITLE OF CASE:

United States
v. Alexander Brazhnikov, Jr.,
   a/k/a "Alexander Brazhnikov"
   a/k/a "Alexandre Brajnikov"

Appearances:

AUSA Dennis Carletta
John Arseneault, Counsel for Defendant


Nature of Proceedings: SENTENCING

Imprisonment: 70 months on Count 1; 60 months on each of Counts 2 and 3, to be served concurrently
Supervised Release: 3 years on each of Counts 1,2,& 3 concurrently
Special Conditions:
1. Participate in alcohol/drug treatment
2. Prohibited from incurring any new debt
3. Cooperate with the investigation of self employment
4. Refrain from obtaining any employment in the export business
Fine: $75,000; $25,000 on each of Counts 1,2,&3
Special Assessment: $300 total
Orders of Forfeiture previously filed shall accompany the judgment
Defendant advised of his right to appeal
Ordered defendant remanded.

Time Commenced: 1:10 p.m.
Time Commenced: 1:50 p.m.
Total Time: 40

Gail A. Hansen,
Deputy Clerk